The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on April 22, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: April 22, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Case No. 17-17361 |
|    Debtor. | ) | |
| | ) | Judge Arthur I. Harris |
| | ) | |
| KARI B. CONIGLIO, | ) | |
|    Plaintiff. | ) | Adversary Proceeding |
| | ) | No. 20-1013 |
| v. | ) | |
| | ) | PRETRIAL MINUTES |
| RICHARD M. OSBORNE, SR., | ) | |
| *et al.*, | ) | |
|    Defendants. | ) | |

APPEARANCES BY:    **M. Duhamel**, for plaintiff
**F. Schwieg**, for defendant Richard M. Osborne, Sr.
**J. Levinson**, for defendants Rigrtona Holding Company, LLC and Osair, Inc.
**M. Moran**, for defendant Diane Osborne individually and as Trustee of the Diane M. Osborne Trust
**S. Belhorn**, for the U.S. Trustee
**M. Tucker**, for Citizens Bank, N.A.

The Court held a pretrial conference on April 22, 2020. The Court stays all discovery and further briefing pending mediation. The Court will attempt to find a judicial officer to mediate this matter no earlier than mid-June. No further proceedings are scheduled at this time.

IT IS SO ORDERED.