The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on April 28, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: April 28, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Case No. 17-17361 |
|    Debtor. | ) | |
| ──────────────── | ) | Judge Arthur I. Harris |
| | ) | |
| KARI B. CONIGLIO, | ) | |
|    Plaintiff. | ) | Adversary Proceeding |
| | ) | No. 20-1013 |
| v. | ) | |
| | ) | |
| RICHARD M. OSBORNE, SR., | ) | |
| *et al.*, | ) | |
|    Defendants. | ) | |

## ORDER

On April 21, 2020, the trustee's attorney advised the Court that mediation might help the parties reach a consensual resolution in this adversary proceeding and the related motion to vacate in the main bankruptcy case. Judge Mary Ann Whipple has graciously agreed to mediate this adversary proceeding and the related motion to vacate in the main bankruptcy case. Accordingly, the Court

refers this matter to Judge Whipple for mediation and to issue whatever orders related to mediation she deems appropriate.

    IT IS SO ORDERED.