UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | Case No. 17-17361 |
| Richard M. Osborne | Chapter 7 |
| Debtor. | Adv. Pro. No. 20-01013 |
| Kari B. Coniglio | JUDGE ARTHUR I. HARRIS |
| Plaintiff, | |
| v. | |
| Richard M. Osborne, et al. | |
| Defendants. | |

## REPORT OF MEDIATION

On September 23 and October 1, 2020, Judge Mary Ann Whipple conducted and concluded a mediation in this adversary proceeding. As the mediation did not resolve the dispute, this case is referred back to the trial judge, Judge Arthur I. Harris, for further proceedings.