The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 24, 2021, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: February 24, 2021**



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RICHARD M. OSBORNE, | ) | Case No. 17-17361 |
| Debtor. | ) | |
| | ) | Judge Arthur I. Harris |
| | ) | |
| KARI B. CONIGLIO, | ) | |
| Plaintiff. | ) | Adversary Proceeding |
| | ) | No. 20-1013 |
| v. | ) | |
| | ) | PRETRIAL MINUTES |
| RICHARD M. OSBORNE, SR., | ) | |
| *et al.*, | ) | |
| Defendants. | | |

APPEARANCE BY: **M. Duhamel**, for trustee
**F. Schwieg**, for debtor
**J. Levinson**, for Rigrtona Holding Company, LLC and Osair, Inc.
**M. Moran and J. Svete**, for Diane Osborne individually and as Trustee of the Diane M. Osborne Trust
**T. Palmer**, for Huntington National Bank

The Court held a pretrial conference on February 23, 2021. The Court adjourned the pretrial to **1:30 P.M. on August 10, 2021**.

IT IS SO ORDERED.